**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF J.D.M., JR. | : No. 195 MAL 2015 |
| | : |
| | : |
| PETITION OF: C.M., MOTHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | |
| IN RE: ADOPTION OF C.D.M. | : No. 196 MAL 2015 |
| | : |
| | : |
| PETITION OF: C.M., MOTHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 7th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.